ACCEPTED
06-15-00132-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/17/2015 1:23:35 PM
DEBBIE AUTREY
CLERK

## CAUSE NO. 06-15-00132-CR

| | | |
|---|---|---|
| **RYAN ANDREW PEUCKER** | * | IN THE COURT OF APPEALS |
| **Appellant** | * | |
| | * | SIXTH COURT OF APPEALS |
| **VS.** | * | DISTRICT OF TEXAS |
| | * | |
| **STATE OF TEXAS** | * | |
| **Appellee** | * | |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/17/2015 1:23:35 PM
DEBBIE AUTREY
Clerk

### SECOND MOTION FOR EXTENSION OF TIME
### TO FILE APPELLANT'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

Comes now RYAN ANDREW PEUCKER, Appellant, in the above styled and numbered cause, and files this Motion for Extension of Time to File Appellant's Brief. In support of this motion, Appellant shows the Court the following:

I

That a jury trial was held July 6, 2015 through July 9, 2015 in Cause No. F48640, styled State of Texas vs. RYAN ANDREW PEUCKER, in the 18th Judicial District of Johnson County, Texas. The jury found Appellant guilty of Possession of a Controlled Substance >4G < 200G (ENHANCED) and they assessed punishment at Confinement in the Texas Department of Criminal Justice for a term of seventy-five (75) years.

A Motion for New Trial was filed by Appellant on July 16, 2015.

II

The deadline for filing Appellant's Brief is January 4, 2016. Appellant requests a 60 day extension in order to file Appellant's Brief.

III.

Appellant's attorney represents that she is currently working on other trials in Johnson County, Texas. This is in addition to Appellant's attorney's normal case load.

IV

David Vernon, Assistant District Attorney, has no objection to this extension.

WHEREFORE, Appellant prays the Court grant this motion and extend the deadline for filing the record in this cause to March 4, 2016.

Respectfully submitted,

SHELLY D. FOWLER
SBN: 15315400
Attorney for Appellant
8 E. Chambers St.
Cleburne, Texas 76033
shellydfowler@sbcglobal.net
(817)558-8808

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion was served on David Vernon, Assistant District Attorney, Guinn Justice Center, Cleburne, Texas by hand-delivery or certified mail return receipt requested on the ___17___ day of ___December___, 2015.

SHELLY D. FOWLER